IN THE SUPREME COURT OF TEXAS

 No. 07-0515

 IN RE AMERICAN RETIREMENT CORPORATION AND PEGGY BRISGILL IN HER CAPACITY
 AS MANAGER

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for stay of trial, filed June 26, 2007, is
granted. All trial court proceedings in Cause No. 06-62795-2, styled
Irasema Solis v. American Retirement Corporation and Peggy Brisgill in her
capacity as Manager, in the County Court at Law No 2 of Nueces County,
Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 28, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk